B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Alabama | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dunhill Entities, L.P. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>51-0563335 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>450 C Government Street<br>Mobile, AL<br>ZIP Code 36602 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Mobile | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 1565<br>Mobile, AL<br>ZIP Code 36633 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): 1437 Cochrane Causeway North<br>Mobile, AL 36652 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

Tax-Exempt Entity (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Dunhill Entities, L.P. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Dunhill Entities, L.P. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____[signature]_____ on LBV
Signature of Attorney for Debtor(s)

Lawrence B. Voit
Printed Name of Attorney for Debtor(s)

Silver Voit & Thompson
Firm Name

4317-A Midmost Drive
Mobile, AL 36609-5589

Address

Email: lvoit@silvervoit.com
251-343-0800   Fax: 251-343-0862
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____[signature]_____
Signature of Authorized Individual

Patricia A. Waters
Printed Name of Authorized Individual

Chief Financial Officer  by the General broker
Title of Authorized Individual

3/26/10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Dunhill Entities, L.P.                                                                      Case No._____
_____,
                        Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Dunhill Entities GP, LLC<br>Southern District of Alabama | unknown<br>General Partner | 03/26/10<br>unknown |
| Dunhill Terminals GP, LLC<br>Southern District of Alabama | unknown<br>Affiliate | 03/26/10<br>unknown |
| Dunhill Terminals, L.P.<br>Southern District of Alabama | unknown<br>Affiliate | 03/26/10<br>unknown |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Alabama

In re: Dunhill Entities, L.P.

Debtor(s)

Case No. _____
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A & M Portables, Inc P.O. Box 308 Satsuma, AL 36572 | A & M Portables, Inc P.O. Box 308 Satsuma, AL 36572 | | | 585.00 |
| Ace Fabricators P.O. Box 50099 Mobile, AL 36605 | Ace Fabricators P.O. Box 50099 Mobile, AL 36605 | Mechanic Lien | Disputed | 9,376.90 (Unknown secured) |
| Ace Paint Maintenance, Inc. c/o L. Daniel Mims, P.C. 952 Government Street Fax No. (251) 580-3692 Mobile, AL 36604 | Ace Paint Maintenance, Inc. c/o L. Daniel Mims, P.C. 952 Government Street Mobile, AL 36604 | For notices purposes only. | Disputed | Unknown |
| Alabama Power P.O. Box 242 Fax No. (251) 694-2391 Birmingham, AL 35292 | Alabama Power P.O. Box 242 Birmingham, AL 35292 | | | 2,276.37 |
| Aquaterra P.O. Box 1276 Fax No. (225) 344-6346 Tupelo, MS 38802 | Aquaterra P.O. Box 1276 Tupelo, MS 38802 | | | 14,771.50 |
| Arc Terminals LP 3000 Research Forest Drive Suite 250 The Woodlands, TX 77381 | Arc Terminals LP 3000 Research Forest Drive Suite 250 The Woodlands, TX 77381 | Notes & Security Agreements All Asset Liens | | 57,542,497.71 (19,167,228.83 secured) |
| City of Mobile Revenue Dept Dept #1530 P.O. Box 11407 Fax No. (334) 208-7511 Birmingham, AL 35246 | City of Mobile Revenue Dept Dept #1530 P.O. Box 11407 Birmingham, AL 35246 | | | 2,528.56 |
| Driven Engineering 8505 Crary Ave Semmes, AL 36575 | Driven Engineering 8505 Crary Ave Semmes, AL 36575 | | | 1,238.24 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Evergreen Tank Solutions<br>P.O. Box 840600<br>Luther.Newberry@evergreentank.com<br>Dallas, TX 75284 | Evergreen Tank Solutions<br>P.O. Box 840600<br>Dallas, TX 75284 | | | 11,048.92 |
| Graherne, Inc.<br>601 Jefferson 13th Floor<br>Fax No. (713) 753-7177<br>Houston, TX 77002 | Graherne, Inc.<br>601 Jefferson 13th Floor<br>Houston, TX 77002 | | | 18,402.59 |
| H&H Electric Co., Inc.<br>P.O. Box 461<br>Saraland, AL 36571 | H&H Electric Co., Inc.<br>P.O. Box 461<br>Saraland, AL 36571 | Mechanic Lien | | 26,117.11<br>(Unknown secured) |
| Heggeman Realty Company<br>725 Executive Park Drive<br>Fax No. (251) 479-8630<br>Mobile, AL 36606 | Heggeman Realty Company<br>725 Executive Park Drive<br>Mobile, AL 36606 | | Subject to Setoff | 6,000.00 |
| Kentwood Springs<br>P.O. Box 660579<br>Dallas, TX 75266 | Kentwood Springs<br>P.O. Box 660579<br>Dallas, TX 75266 | | | 42.44 |
| Marilyn E. Wood<br>P.O. Box 1169<br>Fax No. (251) 574-4714<br>Mobile, AL 36633 | Marilyn E. Wood<br>P.O. Box 1169<br>Mobile, AL 36633 | | | 57,483.78 |
| Mobile Area Water and Sewer<br>P.O. Box 2368<br>Mobile, AL 36652 | Mobile Area Water and Sewer<br>P.O. Box 2368<br>Mobile, AL 36652 | | | 496.01 |
| Mobile Gas<br>2828 Dauphin St.<br>Mobile, AL 36606 | Mobile Gas<br>2828 Dauphin St.<br>Mobile, AL 36606 | | | 53.01 |
| Nature's Way<br>4000 Yucca Drive<br>Fax No. (713) 443-5867<br>Theodore, AL 36582 | Nature's Way<br>4000 Yucca Drive<br>Theodore, AL 36582 | | Disputed | 214,589.05 |
| Smith Industrial Service<br>2001 W. I-65 Service Rd. No<br>Fax No. (251) 473-6315<br>Mobile, AL 36618 | Smith Industrial Service<br>2001 W. I-65 Service Rd. No<br>Mobile, AL 36618 | | | 11,408.84 |
| Sunbelt Rentals<br>5905 Rangeline Rd.<br>Theodore, AL 36582 | Sunbelt Rentals<br>5905 Rangeline Rd.<br>Theodore, AL 36582 | | | 540.20 |

B4 (Official Form 4) (12/07) - Cont.
In re  Dunhill Entities, L.P.
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Weeks Marine<br>604 Gaille Drive<br>Fax No. (908) 272-4740<br>Covington, LA 70433 | Weeks Marine<br>604 Gaille Drive<br>Covington, LA 70433 | | | 13,734.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/26/10               Signature  _____
                                       Patricia A. Waters
                                       Chief Financial Officer of the General Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

United States Bankruptcy Court
Southern District of Alabama

In re   Dunhill Entities, L.P.   Case No. _____
                    Debtor(s)     Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  3/26/10

Patricia A. Waters/Chief Financial Officer  of the General Partner
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

A & M Portables, Inc
P.O. Box 308
Satsuma, AL 36572

Accumarine GP
7026 Old Katy Road
Suite 249
Houston, TX 77024

Accumarine LP
7026 Old Katy Road
Suite 249
Fax No. (713) 426-2108
Houston, TX 77024

Ace Fabricators
P.O. Box 50099
Mobile, AL 36605

Ace Paint Maintenance, Inc.
c/o L. Daniel Mims, P.C.
952 Government Street
Fax No. (251) 580-3692
Mobile, AL 36604

Alabama Power
P.O. Box 242
Fax No. (251) 694-2391
Birmingham, AL 35292

Aquaterra
P.O. Box 1276
Fax No. (225) 344-6346
Tupelo, MS 38802

Arc Terminals LP
3000 Research Forest Drive
Suite 250
The Woodlands, TX 77381

City of Mobile Revenue Dept
Dept #1530
P.O. Box 11407
Fax No. (334) 208-7511
Birmingham, AL 35246

Driven Engineering
8505 Crary Ave
Semmes, AL 36575

Dunhill Entities GP, LLC
P.O. Box 1565
Fax No. (713) 426-2108
Mobile, AL 36633

Dunhill Products LP
7026 Old Katy Road
Suite 249
Houston, TX 77024

Dunhill Terminals GP, LLC
P.O. Box 1565
Mobile, AL 36633

Dunhill Terminals LP
P.O. Box 1565
Mobile, AL 36633

Evergreen Tank Solutions
P.O. Box 840600
Luther.Newberry@evergreentank.com
Dallas, TX 75284

Graherne, Inc.
601 Jefferson 13th Floor
Fax No. (713) 753-7177
Houston, TX 77002

H&H Electric Co., Inc.
P.O. Box 461
Saraland, AL 36571

H&H Electric Co., Inc.
c/o Briskman & Binion
205 Church Street
Mobile, AL 36602

Heggeman Realty Company
725 Executive Park Drive
Fax No. (251) 479-8630
Mobile, AL 36606

Henry Wuertz
212 Rochester Road
Mobile, AL 36608

James H. Adams & Son Construct
P.O. Box 11306
Mobile, AL 36671

Kentwood Springs
P.O. Box 660579
Dallas, TX 75266

Marilyn E. Wood
P.O. Box 1169
Fax No. (251) 574-4714
Mobile, AL 36633

Mark Bassford
c/o Heggeman Realty Company
725 Executive Park Drive
Mobile, AL 36606

Mobile Area Water and Sewer
P.O. Box 2368
Mobile, AL 36652

Mobile Gas
2828 Dauphin St.
Mobile, AL 36606

Nature's Way
4000 Yucca Drive
Fax No. (713) 443-5867
Theodore, AL 36582

Nature's Way Marine, LLC
c/o Lyon, Pipes & Cook, P.C.
2 North Royal Street
Fax No. (713) 443-5867
Mobile, AL 36602

Regions Bank and Columbus Bank & Trust
c/o Cooper & Gale, P.C.
1901 Sixth Ave. North
2400 Regions Harbert Tower
Birmingham, AL 35203

Scott Cleveland
333 Myrtlewood
Mobile, AL 36608

Smith Industrial Service
2001 W. I-65 Service Rd. No
Fax No. (251) 473-6315
Mobile, AL 36618

Smith Tank & Steel
19316 Gum Swamp Rd.
Livingston, LA 70754

Smith Tank & Steel, Inc.
c/o Johnson, Barton, Proctor & Rose LLP
569 Brookwood Village
Suite 901
Birmingham, AL 35209

Steven Frietsch
2701 Westheimer
Apt. 11A
Houston, TX 77007

Stryker Emmerton
922 Huntington Cove
Houston, TX 77063

Sunbelt Rentals
5905 Rangeline Rd.
Theodore, AL 36582

Weeks Marine
604 Gaille Drive
Fax No. (908) 272-4740
Covington, LA 70433