UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| In re: | Chapter 11 |
|---|---|
| DUNHILL ENTITIES, L.P.; <br> DUNHILL ENTITIES GP, LLC; <br> DUNHILL TERMINALS, L.P.; AND <br> DUNHILL TERMINALS GP, LLC; | Bankruptcy No. _____; <br> Bankruptcy No. _____; <br> Bankruptcy No. _____; and <br> Bankruptcy No. _____. |
| Debtors. | JOINT ADMINISTRATION REQUESTED |

**DECLARATION OF PATRICIA A. WATERS IN SUPPORT OF MOTION OF THE DEBTORS FOR ORDER AUTHORIZING THE JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)**

Patricia A. Waters, being duly sworn on oath deposes and says:

1. I am the Chief Financial Officer of debtors Dunhill Terminals GP, LLC ("**Dunhill Terminals GP**") and Dunhill Entities GP, LLC ("**Dunhill Entities GP**"). I have served in this capacity since 2005. Dunhill Terminals GP is the general partner of debtor Dunhill Terminals, L.P. ("**Dunhill Terminals LP**") and Dunhill Entities GP is the general partner of debtor Dunhill Entities, L.P. ("**Dunhill Entities LP**") (Dunhill Terminals GP, Dunhill Entities GP, Dunhill Terminals LP and Dunhill Entities LP are collectively referred to as the "**Debtors**").

2. I am authorized to submit this declaration (the "**Declaration**") on behalf of the Debtors. As a result of my experiences with the Debtors, my review of public and non-public documents, and my discussions with other members of the Debtors' management team, I am familiar with the Debtors' day-to-day operations, business affairs, and books and records.

3. On March 26, 2010 (the "**Petition Date**"), the Debtors filed with this Court their voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the

"**Bankruptcy Code**"). The Debtors intend to continue in possession of their property and to manage their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. I submit this Declaration in support of the Debtors' Motion for an Order Authorizing the Joint Administration of Debtors' Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (the "**Motion**"). I have reviewed the Motion and I hereby certify that all factual statements contained in the Motion are true and correct to the best of my knowledge. If I were called upon to testify, I could and would testify competently to the factual statements set forth in the Motion.

5. In my opinion, the relief sought in the Motion will minimize the adverse effects of these Chapter 11 cases on the Debtors and result in maximum creditor recovery. I believe that the relief sought in the Motion is necessary to enable the Debtors to operate effectively in Chapter 11 as debtors-in-possession.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: March 26, 2010

Patricia A. Waters

Notary Public
My Commission Expires: 12.2.13

KAREN C. WASKO
Notary Public, State of Texas
My Commission Expires
December 02, 2013

2