UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>DUNHILL ENTITIES, L.P.;<br>DUNHILL ENTITIES GP, LLC;<br>DUNHILL TERMINALS, L.P.; AND<br>DUNHILL TERMINALS GP, LLC;<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 10-01342;<br>Bankruptcy No. 10-01346;<br>Bankruptcy No. 10-01345; and<br>Bankruptcy No. 10-01350.<br><br>JOINT ADMINISTRATION<br>REQUESTED<br><br>**EXPEDITED HEARING**<br>**REQUESTED** |

**AMENDMENT TO EMERGENCY MOTION PURSUANT TO SECTIONS 105, 363, AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 6004, AND 6006, FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (B) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (C) ESTABLISHING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES; AND (II) AN ORDER (A) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES; AND (C) GRANTING RELATED RELIEF**

The Debtors amend the Emergency Motion Pursuant to Sections 105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006, for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets and (B) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Leases; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and other Interest; (B) Authorizing the Assumption and

Assignment of Executory Contracts and Leases; and (C) Granting Related Relief (doc. 11) to add as Exhibit G the attached Amended and Restated Omnibus Agreement Dated March 10, 2010. together with Exhibits A-I to said Omnibus Agreement, and further state that the said Amended and Restated Omnibus Agreement is disclosed as an additional agreement among the Debtors, the Proposed Purchaser ARC Terminals, LP, and the various shareholders of the Debtors concerning the proposed sale of assets which is the subject of the Emergency Motion hereby amended.

Dated: April 8, 2010

/s/ Lawrence B. Voit
Lawrence B. Voit

/s/ Alexandra K. Garrett
Alexandra K. Garrett

SILVER, VOIT & THOMPSON,
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
Email: lvoit@silvervoit.com
LS-7873-13563/lmm

Attorneys for Debtors Dunhill Entities, L.P.; Dunhill Entities GP, LLC; Dunhill Terminals, L.P.; and Dunhill Terminals GP, LLC

2

# CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that I have served a copy of the foregoing pleading upon the below people via fax and/or e-mail, on this the 8th day of April, 2010:

A&M Portables, Inc.
amports@bellsouth.net

A&H Boiler Sales and Service
donna@ahboilerhome.com

Ace Fabricators
Mary@acefab.com

Ace Paint Maintenance, Inc.
ldmims@mimsfirm.com

AL Dept of Industrial Relation
Kathy.Gunter@dir.alabama.gov

Al Hill's Boiler Sales
sandy@alhillboiler.com

Alabama Power
eray@balch.com

American International Company
Fax No. (212)785-9495

Aquaterra
hldonald@terracon.com

Arc Terminals LP
Vince.Cubbage@lightfootcapital.com
John.Blanchard@lightfootcapital.com
Brad.Oswald@lightfootcapital.com
Stephen.Pilatzke@lightfootcapital.com
Jigar.Shah@lightfootcapital.com

AT&T
Fax No. (713)567-1233

Briggs Equipment
kim.douglass@briggsequipment.com

City of Mobile Revenue Dept.
Fax No. (251)208-7514

Driven Enginnering
Lisha@drivenengineering.com

EPA
Fax No. (404)562-9487

Evans Leroy and Hackett, PLLC
Devans@elhlawfirm.com

Evergreen Tank Solutions
Luther.Newberry@evergreentank.com
Bill.Bell@evergreentank.com

Express Scripts
Fax No. (888)802-4278

Franklin, Cardwell & Jones, P.C.
esaldivar@fcj.com

Freeman Security Company
Frederickfreeman54@yahoo.com

G&K Services
psarhan@gkservices.com

Golden Railroad Const. Inc
Fax No. (850)215-3111

Graherne, Inc.
Fax No. (713)753-7299

Gulf Atlantic Capital
Preus@GulfAtlanticCapital.com

Gulf Supply Co., Inc.
rcmorris123@yahoo.com

3

H&H Electric Co., Inc.
Fax No. (251)675-5497

Heggeman Realty Company
mjackson@heggeman.com

IREC
ssweeney@pw-inc.com

IRS
Charles.Baer@usdoj.gov

Jackson Key & Associates, LL
smaine@jacksonkey.net

Kentwood Springs
Fax No. (770)965-4580

Lincoln National Life Ins
clientservices@lfg.com

Marilyn E. Wood
Fax No. (251)574-5529

MBM Advisors, Inc.
khawes@mbm-inc.com

McGinnis & Associates, Inc.
geri@mcgnow.com

Mobile Area Water and Sewer
ccain@mawss.com

Mobile Gas
mloper@mobile-gas.com
edowning@mobile-gas.com

Mod Space
Fax No. (610)771-4125

Nature's Way
KJohnston@natureswaymarine.com

PAETEC
Pram.Hisler@paetec.com

Pitney Bowes Inc.
Fax No. (800)882-2499

Prichard Water & Sewer Board
Fax No. (251)457-3396

Rain for Rent
pthomas@rainforrent.com

Rubber Specialties
jgoforth@rubberandspecialties.com

Safe Rack
fharmon@saferack.com

Seyfarth Shaw LLP
Fax No. (713)821-0674

Smart Choice Office Supply
lturner1958@aol.com

Smith Industrial Supply
lhowell@smithind.com

State of Alabama Dept. of Rev.
Duncan.crow@revenue.alabama.gov

Sunbelt Rentals
Rob.Shera@sunbeltrentals.com

Tax Trust Account
Sdale@revds.com

Terminal Railway
hcallaway@handarendall.com

Travis Bedsole, Bankruptcy Administrator
travis_bedsole@alsba.uscourts.gov

Wade Office Products
kblunt@wadeoffice.com

Weeks Marine
Fax No. (908)272-4740

YMCA of South Alabama
droberts@ysal.org

                                                 s/ Alexandra K. Garrett
                                                 Alexandra K. Garrett