UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br><br>DUNHILL ENTITIES, L.P.;<br>DUNHILL ENTITIES GP, LLC;<br>DUNHILL TERMINALS, L.P.; AND<br>DUNHILL TERMINALS GP, LLC;<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 10-01342;<br>Bankruptcy No. 10-01346;<br>Bankruptcy No. 10-01345; and<br>Bankruptcy No. 10-01350.<br><br>JOINTLY ADMINISTERED UNDER<br>No. 10-01342-WSS |

**NOTICE OF AMENDMENT TO ASSET PURCHASE AGREEMENT AND MOTION TO APPROVE BIDDING PROCEDURES AND SALE**

1. The Debtors hereby give notice that the following schedules to the Asset Purchase Agreement ("APA") have been amended pursuant to the agreement of the Debtors and Arc Terminals, LP ("Arc"):

    a. Schedule 1.01(a)(v);

    b. Schedule 1.01(a)(vii);

    c. Schedule 1.01(b)(i);

    d. Schedule 3.04;

    e. Schedule 3.06; and

    f. Schedule 3.07(a).

2. A copy of the agreement between Debtors and Arc amending the schedules to the APA, together with a copy of the amended schedules to the APA, are attached as Exhibit A.

3. The Debtors also give notice that Exhibit B to the Emergency Motion Pursuant to §§105, 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006 for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors'

Assets and (B) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (C) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief (the "Bidding Procedures Motion") has been amended to reflect the changes to the Schedules to the APA. Exhibit B is a list of the assets being sold in the proposed sale.

4. A copy of amended Exhibit B to the Bidding Procedures Motion is attached as Exhibit B.

5. The effect of the amendments is to exclude certain phones, a copier, certain cars no longer leased by the Debtors, that certain lease agreement by and between Dunhill Entities, LP as landlord and Valero Marketing and Supply Company as tenant, made effective as of December 29, 2006, and that certain sublease agreement by and between Dunhill Entities, LP as landlord and Valero Marketing and Supply Company as tenant, made effective as of January 27, 2009, from those assets being sold, and executor contracts assumed and assigned, as well as to update certain disclosures made by the Debtors pursuant to the APA.

6. Pursuant to the Court's order approving the Bidding Procedures (the "Bidding Procedures Order") [doc. 77], the deadline for prospective purchasers to submit applications to become Qualified Bidders, as defined in the motion, has passed.

7. The Debtors received no bids other than Arc's; therefore, pursuant to the Bidding Procedures, Arc is the only Qualified Bidder able to purchase the Debtors' assets.

/s/ Lawrence B. Voit
Lawrence B. Voit

/s/ Alexandra K. Garrett
Alexandra K. Garrett

SILVER, VOIT & THOMPSON,
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
Email: lvoit@silvervoit.com
LS-7873-13563

Attorneys for Debtors Dunhill Entities, L.P.;
Dunhill Entities GP, LLC; Dunhill
Terminals, L.P.; and Dunhill Terminals GP,
LLC

## CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, do hereby certify that, on this the 13th day of May, 2010, I served a copy of the foregoing pleading upon the parties listed on the following pages via U.S. mail, properly addressed and postage prepaid.

/s/ Alexandra K. Garrett
Alexandra K. Garrett

3

Seyfarth Shaw
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603

Gulf Atlantic Capital
2701 North Rocky Pt. Dr.
Tampa, FL 33607

Hand Arendall LLC
P.O. Box 123
Mobile, AL 36601

AT&T
P.O. Box 105262
Atlanta, GA 30348

Whitney Bank
P.O. Box 61750
New Orleans, LA 70195

Evans Leroy and Hackett, PLLC
920 McCallie Avenue
Chattanooga, TN 37403

Franklin Cardwell & Jones
1001 McKinney 18th Floor
Houston, TX 77002

Hill Rivikings & Hayden LLP
712 Main Street, Ste. 1515
Houston, TX 77002-3209

Dunhill Entities GP, LLC
7026 Old Katy Road, Ste. 249
Houston, TX 77024

American International Company
22427 Network Place
Chicago, IL 60673

MBM Advisors
The Lyric Center
440 Louisiana, Ste. 2600
Houston, TX 77002

PAETEC
P.O. Box 301310
Charlotte, NC 28260

Armbrecht Jackson
1300 Riverview Plaza
63 S. Royal St.
Mobile, AL 36601

YMCA of South Alabama
P.O. Box 91506
Mobile, AL 36691

Express Scripts
One Express Way
St. Louis, MO 63121

McGinnis & Assoc.
917 Western American Circle #31
Mobile, AL 36609

AL Dept. Of Industrial Relations
P.O. Box 16768
Mobile, AL 36616

Alabama Power
c/o Eric T. Ray, Esq.
P.O. Box 306
Birmingham, AL 35201-0306

Dunhill Entities LP
7026 Old Katy Road, Ste. 249
Houston, TX 77024

Accumarine
7026 Old Katy Road, Ste. 249
Houston, TX 77024

Nature's Way Marine, LLC
c/o Lyon, Pipes & Cook, P.C.
2 North Royal Street
Mobile, AL 36602

A. Grady Williams, IV
Lyon, Pipes & Cook, P.C.
2 North Royal Street
Mobile, AL 36602

Wade
P.O. Box 16244
Mobile, AL 36616

Texas Community Bank
1131 Uptown Park Blvd., Ste 12
Houston, TX 77056

State of Alabama
50 North Ripley St.
Montgomery, AL 36132

Regions Bank
106 St. Francis Street
Mobile, AL 36622

Lincoln National Life Insurance
P.O. Box 0821
Carol Stream, IL 60132

Delaware Corp & Tax
Wilmington, DE 19801

Alabama Department of Revenue
P.O. Box 160406
Mobile, AL 36613

Marilyn E. Wood - Rev. Comm.
c/o Christopher Kern, Esq.
P.O. Box 210
Mobile, AL 36601

Arc Terminals, LP
c/o Jeffery J. Hartley
P.O. Box 2767
Mobile, AL 36652-2767

Sierra (AL) LP
7026 Old Katy Road
Houston, TX 77024

Mobile Gas
c/o Barry A. Friedman
P.O. Box 2394
Mobile, AL 36652-2394

Dunhill Terminals GP
7026 Old Katy Road, Ste. 249
Houston, TX 77024

Nature's Way
4000 Yucca Drive
Theodore, AL 36582

Safe Rack
712 Bultman Drive, Ste 1
Sumter, SC 29150

Smith Industrial Service
2001 West I-65
Mobile, AL 36618

Tax Trust Account
c/o RDS Business License
Birmingham, AL 35283

First Insurance
600 Beaver Street, Ste 204
Sewickley, PA 15143

Meadwestvaco
5255 Virginia Avenue
Charleston, SC 29406

Alabama Port Auth. Terminal Railway
P.O. Box 1588
Mobile, AL 36633

L&W Insulation
P.O. Drawer 1921
Flomaton, AL 36441

Hiller Systems, Inc.
P.O. Box 1508
Mobile, AL 36691

Briggs Equipment
221 Research Drive
New Orleans, LA 70123

Al Hill's Boiler Sales
P.O. Box 662
Theodore, AL 36590

Heggeman Realty Company
725 Executive Park Drive
Mobile, AL 36606

City of Mobile Revenue Dept. 1530
P.O. Box 11407
Birmingham, AL 35246

Accumarine LP
7026 Old Katy Road, Ste. 249
Houston, TX 77024

Accumarine GP
7026 Old Katy Road, Ste. 249
Houston, TX 77024

Graherne, Inc.
601 Jefferson 13th Floor
Houston, TX 77002

Aquaterra
P.O. Box 1276
Tupelo, MS 38802

Weeks Marine
304 Gaille Drive
Covington, LA 70433

Smith Industrial Service
2001 West I-65
Mobile, AL 36618

Evergreen Tank Solutions
P.O. Box 840600
Dallas, TX 75284-0600

Driven Engineering
8005 Morris Hill Road
Semmes, AL 36575

A & M Portables, Inc.
P.O. Box 308
Satsuma, AL 36572

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Mobile Area Water & Sewer
P.O. Box 2153 Dept. 1276
Birmingham, AL 35287

Charles Baer - Asst. U.S. Atty.
Riverview Plaza, Ste. 600
63 S. Royal Street
Mobile, AL 36602-3233

Alabama State Port Authority
c/o Henry Callaway
Hand Arendall
P.O. Box 123
Mobile, AL 36601

Nature's Way Marine, LLC
c/o Allen E. Graham, Esq.
P.O. Box 2727
Mobile, AL 36642

Blue Cross and Blue Shield of AL
c/o W. Clark Watson, Esq.
Balch and Bingham, LLP
P.O. Box 306
Birmingham, AL 35201-0306

Blue Cross Blue Shield of AL
c/o Paul H. Greenwood, Esq.
Balch & Bingham, LLP
P.O. Box 306
Birmingham, AL 35201

Smith Tank & Steel, Inc.
c/o David A. Zdunkewicz, Esq.
600 Travis, Ste. 4200
Houston, TX 77002

Smith Tank & Steel, Inc.
c/o Hill J. Lindan, Esq.
569 Brookwood Village, Ste. 901
Birmingham, AL 35209

Valero Marketing & Supply Company
One Valero Way
San Antonio, TX 78249-1616